No. 00–10887. HERRING v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–10888. HUNTER v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–10889. HORTON v. DRAGOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CAMP HILL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–10890. GUSS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 00–10892. HAMPTON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–10893. GAGE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–10894. HILL v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–10896. MARTIN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–10897. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–3. TAYLOR v. BECK, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–4. WINDSOR HOUSING FOUNDATION v. LITCHFIELD ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 01–6. MAZZEI v. ROCK-N-AROUND TRUCKING, INC. C. A. 7th Cir. Certiorari denied.

No. 01–7. KATO ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–9. PINCAY ET AL. v. ANDREWS ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–10. ANTONI v. WASHINGTON. Ct. App. Wash. Certiorari denied.